# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 09CR511-BTM |
| Plaintiff, ) | |
| v. ) | **ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING** |
| JOSE VENEGAS-RAMIREZ, ) | |
| Defendant. ) | |

Good cause found, the Court HEREBY GRANTS the parties Joint Motion to Continue Sentencing Hearing and ORDERS that the sentencing hearing currently scheduled for January 22, 2010 at 10:00 a.m. be continued to February 12, 2010 at 11:00 a.m.

SO ORDERED.

DATED: January 15, 2010

_____
Honorable Barry Ted Moskowitz
United States District Judge