# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>JOSE VENEGAS-RAMIREZ,<br>                    Defendant. | Criminal Case No. 09CR511-BTM<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING** |

Good cause found, the Court HEREBY GRANTS the parties Joint Motion to Continue Sentencing Hearing and ORDERS that the sentencing hearing currently scheduled for February 12, 2010 at 10:00 a.m. be continued to March 5, 2010 at 11:30 a.m.

SO ORDERED

DATED: February 10, 2010

*[signature]*

Honorable Barry Ted Moskowitz
United States District Judge